1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BOHEN



IT IS SO ORDERED AS MODIFIED
Judge James Ware
6/9/2010

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,           )  No. CR-08-00866 -JW (PVT)
                                        )
13              Plaintiff,              )  [~~PROPOSED~~] **ORDER** CONTINUING
                                        )  MOTION HEARING DATE FROM JULY
    vs.                                 )  12, 2010 TO **SEPTEMBER 13, 2010**, AND
14                                      )  REQUEST FOR AN EXCLUSION OF
                                        )  TIME
15  STEPHEN JOSEPH HEUER and            )
    ROBERT TERRY BOHEN                  )
16                                      )
                Defendants.             )
17  _____ )

18

19       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

20  motion hearing date in the above-captioned matter, presently scheduled for July 12, 2010, is

21  vacated and that the hearing is continued to **September 13, 2010** at 1:30 p.m.  It is further ordered

22  that the parties shall follow the following briefing schedule;

23       1.   Defendants to file their motions on or before July 28, 2010;

24       2.   The Government to file its opposition on or before August 13, 2010;

25       3.   The defense to file its reply on or before August 23, 2010.

26  ///

ORDER to Modify Briefing Schedule
No. CR-08-00866 -JW (PVT)                    1

1  It is further ordered that the period of delay from July 12, 2010 through and including
2  **September 13, 2010** to provide counsel reasonable time to prepare, is excluded for purposes of
3  Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A)
4  and 3161(h)(7)(B)(iv).
5  SO ORDERED.
6  Dated: June  9  , 2010

   HONORABLE JAMES WARE,
   United States District Judge

ORDER to Modify Briefing Schedule
No. CR-08-00866 -JW (PVT)                              2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA

          Plaintiff,

v.

STEPHEN JOSEPH HEUER

          Defendant.
_____/

Case Number: CR08-00866 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Joseph Heuer
160 Dewey Road
Greer, SC 29651

Dated: June 9, 2010

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk