BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ROBERT TERRY BOHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00866 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE SEPTEMBER 20, 2010 |
| vs. ) | MOTION HEARING |
| ) | |
| STEPHEN JOSEPH HEUER, and ) | |
| ROBERT TERRY BOHEN; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | **Honorable James Ware** |

    <u>Pro Se</u> Defendant Stephen Joseph Heuer, Defendant Robert Terry Bohen and the government acting through their respective counsel, hereby stipulate and subject to the Court's approval, that the Court continue the motion hearing date to October 18, 2010 at 1:30 p.m.

    The motion hearing date in this matter is currently scheduled for September 20, 2010 at 1:30 p.m.  The request for the continuance of the motion hearing is made on behalf of Mr. Bohen's counsel who is currently out of the office on medical leave until September 27, 2010.

    In its previous order dated June 9, 2010, the Court excluded time until September 13, 2010 for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).  At the September 13, 2010 hearing date for

STIPULATION AND PROPOSED ORDER  TO
CONTINUE SEPT. 20, 2010 MOTN HRG
CR 08-00866  JW                        1

1  Defendant Heuer, the Court permitted Mr. Heuer to appear by telephone for the September 20,
2  2010 motion hearing date.  Accordingly, Defendant Heuer requests the Court's permission to
3  appear by telephone for the motion hearing date on October 18, 2010.

5  Dated: September 15, 2010         _____/S/_____
                                     STEPHEN JOSEPH HEUER
6                                    Pro Se

7  Dated: September 15, 2010         _____/S/_____
                                     MANUEL U. ARAUJO
8                                    Assistant Federal Public Defender
                                     Counsel for Defendant Robert Terry Bohen

10 Dated: September 15, 2010         _____/S/_____
                                     JEFFREY NEDROW
11                                   Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the motion hearing scheduled for September 20, 2010 at 1:30 p.m. is continued to October 18, 2010 at 1:30 p.m.  The Court will permit Defendant Stephen Heuer to appear by telephone for the October 18, 2010 court appearance.

It is further ordered that the period of delay from September 20, 2010 through and including October 18, 2010 for the purposes of continuity of counsel and to provide defense counsel further time to prepare, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: September  16 , 2010           _____
                                      HONORABLE JAMES WARE
                                      United States District Judge

STIPULATION AND PROPOSED ORDER TO
CONTINUE SEPT. 20, 2010 MOTN HRG
CR 08-00866 JW                                     2