MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jeff.Nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-00866-EJD |
|       Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MOTIONS HEARING |
| v. ) | |
| STEPHEN JOSEPH HEUER and ROBERT TERRY BOHEN, ) | |
|       Defendants. ) | |

      The United States, through its counsel Jeffrey Nedrow, and defendants Stephen Joseph Heuer and Robert Terry Bohen, through the concurrence of Mr. Heuer representing himself pro se and Manuel Araujo, hereby agree and stipulate to continue the hearing on defendant Heuer's motions to dismiss in this case presently scheduled for Monday, September 12, 2011 at 1:30 p.m. to Monday, October 3, 2011 at 1:30 p.m. before this Court.  This continuance is requested for the following reasons:

      1) Counsel for the government will be out of state on September 12, 2011 and unavailable to handle the motions hearing.  Undersigned government counsel is respectfully requesting the

1  opportunity to be present at the hearing in this matter.  After consultation with Mr. Heuer and
2  Mr. Araujo, the government understands that October 3, 2011 is available to all parties, and thus
3  respectfully requests that the matter be re-set for that date.
4      For these reasons, the parties respectfully request that the Court continue the sentencing
5  hearing in this case from September 12, 2011 to October 3, 2011 at 1:30 p.m.
6      The parties further agree that the time from September 12, 2011 to October 3, 2011 is
7  excludable time from the tenets of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) in
8  light of the pending motion to dismiss in this case.
9      It is so stipulated.

10                       Respectfully submitted,

12                       MELINDA HAAG
                        UNITED STATES ATTORNEY

14 Dated: August 29, 2011          _____/s/_____
                                     JEFFREY D. NEDROW
15                                    Assistant U.S. Attorney

16 Dated: August 29, 2011          _____/s/_____
                                   STEPHEN JOSEPH HEUER

                                 _____/s/_____
18                                  MANUEL ARAUJO
                                 Attorney for Robert Terry Bohen

**ORDER**

1   
2   Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

3   IT IS HEREBY ORDERED that date of the hearing on defendant's motions to dismiss in this case is continued from September 12, 2011 to October 3, 2011 at 1:30 p.m. before this Court. The Court finds the time from September 12, 2011 to October 3, 2011 excludable pursuant to the stipulation between the parties and by virtue of the pending motion to dismiss in this case, pursuant to 18 U.S.C. § (h)(1)(D).

Dated this  1st  day of Ugr vgo dgt, 2011.

EDWARD J. DAVILA  
United States District Judge